United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RON SUMMERS,<br>Plaintiff,<br>v.<br>AMY LOUISE BACCA, et al.,<br>Defendants. | Case No. 26-cv-01912-LB<br><br>**ORDER REASSIGNING CASE; REPORT AND RECOMMENDATION TO DISMISS**<br><br>Re: ECF No. 1 |

The plaintiff, who is representing himself and proceeding in forma pauperis, sued Dr. Amy Bacca (a private sector doctor who allegedly works at Pacific Medical Center), John Williams, Thor Dixon, and Dawson for a variety of mental and physical harm they inflicted upon him, alleging claims for "medical bullying," torture, and arson.[1] Because the plaintiff is proceeding in forma pauperis, the court screened the case under 28 U.S.C. § 1915(e)(2)(B) and issued an order (attached) identifying deficiencies in the complaint: he has not established diversity jurisdiction because all parties appear to be citizens of California, and he has not plausibly pleaded a claim under federal law. The court allowed the plaintiff until June 22, 2026, to amend the complaint.[2] He did not. There are no viable claims. The case should be dismissed.

---

[1] Compl. – ECF No. 1. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 10.

Because not all parties have appeared in the case and consented to magistrate-judge jurisdiction, the case must be reassigned. 28 U.S.C. 636(c)(1); *Williams v. King*, 875 F.3d 500, 503–04 (9th Cir. 2017). The court directs the Clerk of Court to reassign the case to a district judge and recommends that the newly assigned district judge dismiss the case. Any party must serve and file specific written objections to this recommendation within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); Civil L.R. 72-3. Failure to file a written objection within the specified time may waive the right to appeal the district court's order.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: June 26, 2026

LAUREL BEELER
United States Magistrate Judge