UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON SUMMERS,

Plaintiff,

v.

AMY LOUISE BACCA, et al.,

Defendants.

Case No. 26-cv-01912-RFL

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 11

The Court has reviewed *de novo* Magistrate Judge Laurel Beeler's Report and Recommendation to dismiss this action without prejudice for lack of subject-matter jurisdiction (Dkt. No. 11), and has reviewed Plaintiff's complaint (Dkt. No. 1) and the docket generally. No objections were received. The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 20, 2026

RITA F. LIN
United States District Judge